Paul D. Powell (7488)
Francesca J. Hovagimian (16714)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone 702.728.5500 | Fax 702.728.5501
paul@tplf.com | fran@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAIME MEJIA, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>RICHARD ARAGONA, an individual MAY TRUCKING COMPANY, INC., a foreign corporation; DOE INDIVIDUALS I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No: 2:24-cv-01593-JAD-NJK<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT AND CAPTION** |

It is hereby stipulated and agreed between plaintiff Jaime Mejia, by and through his counsel of record, The Powell Law Firm, and Defendants Richard Aragona and May Trucking Company, by and through their counsel of record, Michael C. Hetey, that Plaintiff may amend his complaint and the caption of this case to reflect the proper defendant by removing May Trucking Company, Inc., and naming May Trucking Company. A proposed First Amended Complaint is attached hereto as **Exhibit 1**.

Dated April 3, 2025.                                                    Dated April 3, 2025.

**THE POWELL LAW FIRM**                                    **THORNDAL ARMSTRONG, PC**


By: /s/ Francesca J. Hovagimian                         By: /s/ Michael C. Hetey
Paul D. Powell (7488)                                         Michael C. Hetey (5668)
Francesca J. Hovagimian (16714)                       Attorneys for Defendants
Attorneys for Plaintiff

# ORDER

Having reviewed the Stipulation of counsel and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff be permitted to amend his complaint and the caption of this case to remove May Trucking Company, Inc., and naming May Trucking Company.

Dated this  4th   day of  April , 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Plaintiff must immediately file and serve the first amended complaint.

Submitted by:

**THE POWELL LAW FIRM**

/s/ Francesca J. Hovagimian
Paul D. Powell (7488)
Francesca J. Hovagimian (16714)
Attorneys for Plaintiff