MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com

Attorneys for Defendants,
MAY TRUCKING COMPANY
and RICHARD ARAGONA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAIME MEJIA, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>RICHARD ARAGONA, an individual; MAY TRUCKING COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | CASE NO.  2:24-cv-01593-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>[ECF No. 21] |

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JAIME MEJIA and Defendants MAY TRUCKING COMPANY and RICHARD ARAGONA, by and through their respective undersigned counsel of record, that Plaintiff's Complaint and First Amended Complaint, including all claims and causes of action alleged therein or which could

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Page 1 of 2
Jaime Mejia v. Richard Aragona and May Trucking Company, Case No. 2:24-cv-01593-JAD-NJK
**Stipulation and Order for Dismissal with Prejudice**

have been alleged therein, be dismissed with prejudice against all Defendants or potential Defendants; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

**IT IS SO STIPULATED**.

Dated this 12th day of May 2025.

THE POWELL LAW FIRM

/s/ Francesca J. Hovagimian
Paul D. Powell, Esq.
Nevada Bar No. 7488
Francesca J. Hovagimian
Nevada Bar No. 16714
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Attorney for Plaintiff,
JAIME MEJIA

Dated this 12th day of May 2025.

THORNDAL ARMSTRONG, PC

/s/ Michael C. Hetey
Michael C. Hetey, Esq.
Nevada Bar No. 5668
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendants,
MAY TRUCKING COMPANY
(erroneously named as MAY TRUCKING COMPANY, INC.) and
RICHARD ARAGONA

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
May 15, 2025

Page 2 of 2
Jaime Mejia v. Richard Aragona and May Trucking Company, Case No. 2:24-cv-01593-JAD-NJK
**Stipulation and Order for Dismissal with Prejudice**